UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
LAFAYETTE DIVISION

| | | |
|---|---|---|
| Emily Christine Wright | ) | CASE No. 06-40113 |
| Debtor | ) ) ) | |

NOTICE OF DEPOSIT OF FUNDS INTO REGISTRY ACCOUNT

TO:   Community Healthcare Physician Billing, %St. Mary Medical Center, 10607 randolph, Ste. E., Crown Point, In 46307

David A. Rosenthal, Chapter 13 Trustee, has deposited the sum of $187.33 into the Registry Account with the U.S. Bankruptcy Court.  The Trustee issued Check No. 96504 on November 3, 2009 in the amount of $16.50 at the address stated above.  The check was returned to the Trustee marked "Non-Deliverable as Addressed, Unable to Forward".  The check was voided and the remaining funds were reserved to be turned over to the Registry Account.

To reclaim such funds you will need to comply with Rule B311 of the Local Rules of the United States Bankruptcy Court and file such motion with the Clerk, United States Bankruptcy Court, P.O. Box 558, 230 N. 4th Street, Lafayette, IN 47902.

Dated this 8th day of August, 2011.

/s/ David A. Rosenthal
David A. Rosenthal
Chapter 13 Trustee
P.O. Box 505
Lafayette, IN 47902
(765) 742-8248

CERTIFICATE OF SERVICE

      The undersigned hereby certifies that a true and exact copy of the above and foregoing Notice has been sent electronically by the Court's electronic filing service or by first class United States mail, postage prepaid, on this 8th day of August, 2011 to:

Community Healthcare Physician Billing, %St. Mary Medical Center, 10607 Randolph, Ste. E, 10607 Randolph, Ste. E, Crown Point, IN 46307
United States Trustee, 555 One Michiana Sq., 100 E. Wayne, South Bend, IN 46601
Cassandra Perez, 136 E. Market St., Ste. 600, Indianapolis, IN 46204

                        /s/ David A. Rosenthal
                        David A. Rosenthal
                        Chapter 13 Trustee
                        P.O. Box 505
                        Lafayette, IN 47902
                        (765) 742-8248